MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL ANGELICA GARCIA,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CIVIL NO. 2:25-cv-00890-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that this action be remanded for further

administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

§ 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

administrative law judge with instructions to reevaluate the medical opinions and prior

administrative medical findings; reevaluate Plaintiff's residual functional capacity; as needed,

continue the sequential evaluation process and obtain vocational expert testimony, if warranted;

take action to further develop the record, as necessary; offer Plaintiff the opportunity for a

hearing; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

Respectfully submitted,

DATE:  May 16, 2025          /s/ *Francesco Paulo Benavides**
                            FRANCESCO PAULO BENAVIDES
                            (* as authorized via e-mail on May 14, 2025)
                            Attorney for Plaintiff

                            MICHELE BECKWITH
                            Acting United States Attorney

                            MATHEW W. PILE
                            Associate General Counsel
                            Office of Program Litigation, Office 7

DATE:  May 16, 2025          By: /s/ *Justin L. Martin*
                            JUSTIN L. MARTIN
                            Special Assistant United States Attorney
                            Office of Program Litigation, Office 7

                            Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42

U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the

above-captioned action is remanded to the Commissioner of Social Security for further

proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g),

sentence four. On remand, the Appeals Council will remand the case to an administrative law

judge for a new decision in accordance with the parties' Stipulation.

IT IS SO ORDERED.

Dated:    May 16, 2025                    _____
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE